FILED

JAN 15 2016

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARLIN, | No. C 14-05222 BLF (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CLIFF ALLENBY, et al., | |
| Defendants. | |

Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital.[1] Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 1-15-2015

BETH LABSON FREEMAN
United States District Judge

---

[1] This matter was reassigned to this Court on January 6, 2015. (*See* Docket No. 8.)

Order of Transfer
P:\PRO-SE\BLF\CR.14\052222Carlin_transfer(ED).wpd